sr

| Prob 22 (2/98) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran Court) 1:02CR50-01 |
|---|---|---|
| | FILED ASHEVILLE, N.C. FEB 21 2007 U.S. DISTRICT COURT W. DIST. OF N.C. | DOCKET NUMBER (Rec Court) 3:07CR39-WKW |

FILED RECEIVED 2007 FEB 26 A 10 05 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

RECEIVED 2007 JAN 18 A 8:18 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT Western District North Carolina |
|---|---|
| William Clement Franklin 210 Lee Road House Number 377 Phoenix City, AL 31368 | NAME OF SENTENCING JUDGE Lacy H. Thornburg |
| | DATES OF PROB/TSR RELEASE — FROM 12/22/2006 — TO 12/21/2008 |

OFFENSE

Bank Robbery (18 U.S.C. § 2113(a))

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-4-07
Date                                                                United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 18, 2007
Date                                                                United States District Judge

RECEIVED JAN 24 2007 U.S. PROBATION OFFICE MONTGOMERY, ALABAMA